UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Gregory Fitzgerald<br>*Petitioner*<br><br>*v.*<br><br>James Baker,<br>Commissioner of the Vermont<br>Department of Corrections<br>*Respondent* | Case No. 2:20-cv-190 |

## STIPULATED MOTION TO EXTEND TIME FOR RESPONDENT TO FILE AN ANSWER

NOW COME the Parties and request that the time for Respondent to file an answer be enlarged to January 9, 2022. The Parties are in the final stages of resolving all of Petitioner's matters, and they are confident this will be the final extension requested.

DATED at Burlington, Vermont November 23, 2021.

Andrew M. Gilbertson, Esq.
Deputy State's Attorney
32 Cherry Street
Burlington, VT 05401
802-652-0390
Andrew.m.gilbertson@vermont.gov

Kelly Green, Esq.
Counsel for Petitioner
Gregory Fitzgerald

1