UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| Gregory Fitzgerald<br>*Petitioner*<br><br>v.<br><br>James Baker,<br>Commissioner of the Vermont<br>Department of Corrections<br>*Respondent* | Case No. 2:20-cv-190 |

**STIPULATED MOTION TO EXTEND TIME FOR RESPONDENT TO FILE AN ANSWER**

NOW COME the Parties and request that the time for Respondent to file an answer be enlarged to February 7, 2022. The Parties have reached a settlement of both Petitioner's state post-conviction relief matter and this habeas corpus petition and have filed the settlement with the state PCR court. The settlement includes Petitioner dismissing this habeas petition with prejudice. The state PCR court has indicated its willingness to accept the stipulated settlement, and the Parties have asked the state PCR court for a final hearing where the settlement will be completed. The Parties have asked that this hearing be held Thursday, January 13, 2022. If the hearing happens at that time, this habeas petition will be dismissed on that date or shortly thereafter.

[Signature block on following page]

1

DATED at Burlington, Vermont January 7, 2022.

_____
Andrew M. Gilbertson, Esq.
Deputy State's Attorney
32 Cherry Street
Burlington, VT 05401
802-652-0390
Andrew.m.gilbertson@vermont.gov

_____
Kelly Green, Esq.
Counsel for Petitioner
Gregory Fitzgerald